US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 1 2 2014

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORTH SMITH DIVISION

AGNUS PARNELL,                                                                       Plaintiff,

v.                                  Case No.: 14-2254

FRED'S, INC. and FRED'S STORES OF
TENNESSEE, INC.,                                    Defendants.

## NOTICE OF REMOVAL

Fred's, Inc. and Fred's Stores of Tennessee, Inc., Defendants in the above-referenced cause, which was originally filed as Case No.: CV-2014-189, in the Circuit Court of Polk County, Arkansas, with full reservation of all rights, including the reservation of all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other procedural and substantive defenses to the alleged claims of Plaintiff Agnus Parnell ("Plaintiff"), do hereby give notice of removal of this action to the United States District Court for the Western District of Arkansas, Fort Smith Division, and respectfully state as grounds for removal the following:

1.

Plaintiff is an adult resident citizen of the State of Arkansas, as shown by the Complaint that is attached hereto as Exhibit "A".

2.

Defendants Fred's, Inc. and Fred's Stores of Tennessee, Inc. are both corporations organized under the laws of the State of Tennessee with their principal place of business in the State of Tennessee, as shown by the Secretary of State for the State of Arkansas. Complete diversity of citizenship exists between Plaintiff and Defendants.

3.

This Court has original jurisdiction over this action under 28 U.S.C. §1332 because complete diversity of citizenship existed between Plaintiff and Defendants at the time the Complaint was filed and such complete diversity of citizenship exists at present. The alleged amount in controversy in this case exceeds the sum or value of $75,000.00 (Seventy-Five Thousand Dollars), exclusive of interest and costs, as Plaintiff demands damages well in excess of the requisite jurisdictional amount, as is also shown by the attached Exhibit "A". This action may, therefore, be properly removed pursuant to 28 U.S.C. §1441.

4.

A copy of the Complaint that is Exhibit "A" hereto was served upon Defendants by counsel for Plaintiff on or about November 25, 2014. 28 U.S.C. §1446(b) requires an action to be removed within thirty (30) days of receipt by a defendant through service or otherwise of a copy of the initial pleading or later document setting forth the claim for relief. Therefore, the filing of this Notice is timely as Plaintiff's answer and defenses would be due on or about December 25, 2014.

5.

Venue for this removal is proper as the Circuit Court of Polk County, Arkansas, is located within the district and division of this Court.

6.

Defendants are this date giving written notice of the filing of this Notice of Removal to all parties and are, this date, filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Polk County, Arkansas. Defendants will also promptly file with this Court a complete copy of the state court file on this matter, certified as such by the Clerk of the state court.

WHEREFORE, Defendants pray that this Notice of Removal be deemed good and sufficient and that the aforesaid action be removed from the Circuit Court of Polk County, Arkansas, to the United States District Court for the Western District of Arkansas, Fort Smith Division, for all further proceedings.

DATED: 12-10-14

Respectfully submitted,

RICHARD D. UNDERWOOD, ARB 2006137
TNB 014515/MSB 8533/GAB 291849/KYB 95822
UNDERWOOD/THOMAS, P.C.
PO Box 171304
Memphis, TN 38187
(901) 818-3133; (901) 818-3134 (fax)
rdu@underwoodthomas.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, RICHARD D. UNDERWOOD, attorney for Defendants, do hereby certify that I have this day caused to be mailed, postage prepaid, a true and correct copy of the above and foregoing document to:

| | | |
|---|---|---|
| Mr. J. Brent Standridge | and | Polk County Circuit Court Clerk |
| PO Box 494 | | 507 Church Street |
| Benton, AR 72018 | | Mena, AR 71953 |

Dated: 12-10-14

RICHARD D. UNDERWOOD