IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AGNUS PARNELL                                                PLAINTIFF(S)

V.                            CIVIL NO. 14-2254

FRED'S, INC., ET AL                                DEFENDANT(S)

## CLERK'S ORDER OF DISMISSAL

On this 18th day of February , 2016, the parties hereto having filed a Stipulation of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

By: /s/ Richard Willis, Deputy Clerk